1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   IGNACIO SALCIDO,                        No.  1:23-cv-01606-NODJ-SAB (PC)

12               Plaintiff,                   ORDER TERMINATING ACTION
                                              PURSUANT TO PLAINTIFF'S NOTICE OF
13        v.                                  VOLUNTARY DISMISSAL

14   MOON, et al.,                            (ECF No. 16)

15               Defendants.

16

17
         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to <u>Bivens</u>
18
     <u>v. Six Unknown Agents</u>, 403 U.S. 388 (1971).
19
          The instant action was filed on November 15, 2023.  (ECF No. 1.)  On December 28,
20
     2023, Plaintiff filed a motion for a preliminary injunction.  (ECF No. 8.)  On January 2, 2024,
21
     Findings and Recommendations were issued to deny Plaintiff's motion for a preliminary
22
     injunction.  (ECF No. 9.)  On January 25, 2024, Plaintiff filed objections to the Findings and
23
     Recommendations and a separate notice of appeal.  (ECF Nos. 10, 11.)
24
          On September 25, 2023, Plaintiff filed a civil rights action in this Court which was
25
     assigned case number 1:23-cv-01395-JLT-SAB (PC), <u>Salido v. Bureau of Prisons</u>.  In that case,
26
     on November 8, 2023, the Court screened the complaint, found no cognizable claim, and granted
27
     Plaintiff thirty days to file an amended complaint.  (ECF No. 10.)  After Plaintiff failed to respond
28
                                              1

1  to the Court's order, an order to show cause why the action should not be dismissed was issued on

2  December 19, 2023.  (ECF No. 11.)  Plaintiff failed to respond to the order to show cause, and

3  Findings and Recommendations recommending dismissal of the action were issued on January

4  26, 2024.  (ECF No. 12.)  On February 7, 2024, Plaintiff filed objections to the Findings and

5  Recommendations.  (ECF No. 13.)  In his objections, Plaintiff stated that he submitted an

6  amended complaint on or about November 15, 2023, which was assigned and opened as a new

7  case in case number 1:23-cv-01395-JLT-SAB (PC), Salido v. Bureau of Prisons.  (Id. at 1.)

8  Indeed, a review of the complaint filed in case number 1:23-cv-01395-JLT-SAB (PC), Salido v.

9  Bureau of Prisons, reflects that the complaint was submitted as an amended complaint and should

10  have been filed in this case and not opened as a new civil rights action.  (ECF No. 1.)  Plaintiff's

11  objections filed in case number 1:23-cv-01395-JLT-SAB (PC), Salido v. Bureau of Prisons made

12  clear that this action was improvidently opened as Plaintiff's amended complaint filed on

13  November 15, 2023 was intended to be filed as an amended complaint in 1:23-cv-01395-JLT-

14  SAB (PC). Therefore, the Court directed the Clerk of the Court to file the November 15, 2023

15  amended complaint in plaintiff's earlier action, 1:23-cv-01395-JLT-SAB (PC), and noted the

16  instant action would be terminated as improvidently opened after the appeal is resolved.

17       On February 19, 2024, Plaintiff filed a motion to dismiss the instant action.  (ECF No.

18  16.)  On March 1, 2024, Plaintiff's appeal was dismissed for lack of jurisdiction.  (ECF No. 15.)

19       Accordingly, because this action was improvidently opened and Plaintiff seeks to

20  voluntary dismiss the action, it is HEREBY ORDERED that the instant action is terminated by

21  operation of law pursuant to Rule 41(a)(1)(A)(i).

22

23  IT IS SO ORDERED.

24  Dated:   **March 5, 2024**
                                         _____
25                                        UNITED STATES MAGISTRATE JUDGE

26

27

28

2